UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| MICHAEL MAROM ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **JUDGMENT** |
| ) | |
| ) | No. 5:18-CV-26-FL |
| TOWN OF GREENBURGH, and PAUL ) | |
| FEINER, ) | |
| Defendants. ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the defendants' motion to dismiss.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered July 16, 2018, and for the reasons set forth more specifically therein, that the defendants' motion to dismiss is GRANTED and Plaintiff's claims are DISMISSED against defendants.

**This Judgment Filed and Entered on July 16, 2018, and Copies To:**
Michael Marom (via US mail) 5448 Apex Peakway, #206, Apex, NC 27502
Thomas Kevin Lindgren (via CM/ECF Notice of Electronic Filing)

July 16, 2018                    PETER A. MOORE, JR., CLERK
                                   /s/ Sandra K. Collins
                                 (By) Sandra K. Collins, Deputy Clerk