UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| MICHAEL MAROM )<br>         Plaintiff, )<br>)<br>v. )<br>)<br>)<br>TOWN OF GREENBURGH, and PAUL )<br>FEINER, )<br>         Defendants. ) | **AMENDED JUDGMENT**<br><br>No. 5:18-CV-26-FL |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the plaintiff's motion to transfer venue.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered August 20, 2018, and for the reasons set forth more specifically therein, that plaintiff's motion to transfer venue is GRANTED. This matter is TRANSFERRED to the United States District Court for the Southern District of New York.

**This Judgment Filed and Entered on August 21, 2018, and Copies To:**
Michael Marom (via US mail) 5448 Apex Peakway, #206, Apex, NC 27502
Thomas Kevin Lindgren (via CM/ECF Notice of Electronic Filing)

August 21, 2018          PETER A. MOORE, JR., CLERK
                                                 /s/ Sandra K. Collins
                                             (By) Sandra K. Collins, Deputy Clerk